UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | Civil Action No. 02-2528 (CKK) |
| KOFI APEA ORLEANS-LINDSAY, | Criminal Action No. 00-440 (CKK) |
| Defendant. | |

**FILED**
AUG 2 5 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**ORDER**
(August 25, 2008)

For the reasons set forth in the accompanying Memorandum Opinion, it is this 25th day of August, 2008, hereby

**ORDERED** that Petitioner has failed to establish that a hearing is necessary on his Section 2255 Motion, and has further failed to establish that he is entitled to relief on that Motion. Accordingly, Petitioner's [82] Section 2255 Motion is DENIED; it is further

**ORDERED** that the above-captioned criminal and civil cases are DISMISSED in their entireties.

**SO ORDERED.**

*This is a final, appealable Order.*

                                                                 /s/_____
                                                COLLEEN KOLLAR-KOTELLY
                                                United States District Judge